UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT A. ROSENER, BARBARA L. ROSENER, ELIZABETH LOOSER, DONALD R. MEYER, THOMAS BRAWLEY, DEBORAH HARRELL, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | No. 4:05-CV-1419 CAS |
| v. | ) ) | |
| DAN BULLOCK, Sheriff of St. Francois County, Missouri, SEAN T. BAKER, ROGER BARTON, JASON D. JONES, A. CRAWFORD, R. TRAUTWEIN, R. MOAK, WENDY WEXLER HORN, Prosecuting Attorney for St. Francois County, NANCY DOLLAR, GERALD DUERINGER, BETTY NAUSLEY, JOSEPH NAUSLEY, TOM PROBST, RON THURMAN, JANICE MILLER, GEORGE HAUGHEY, ROBERT NELSON, GREGORY ROTH, RICHARD NICKOLAUS, WAUNEITA KELLER, G.W. POOLE, ZENO DOUGLAS, RUTH ANN HALL, RICHARD STEVSON, MARY PRATER, TRACY GOEDE, JOHN DOE NO. 1, LAKE TIMBERLINE BOARD OF TRUSTEE, INC., a Missouri corporation, MISSOURI STATE HIGHWAY PATROL, an agency of the State of Missouri, and MISSOURI DEPARTMENT OF REVENUE, an agency of the State of Missouri, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER OF PARTIAL DISMISSAL**

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiffs' claims against defendant Missouri State Highway Patrol in Counts X and XXII are **DISMISSED** for lack of subject matter jurisdiction, based on Eleventh Amendment immunity.

**IT IS FURTHER ORDERED** that plaintiffs' claims against defendants R. Trautwein, R. Moak and the Missouri Department of Revenue are **DISMISSED without prejudice** for failure to comply with Rule 4(m), Federal Rules of Civil Procedure and the orders of this Court. See Rule 41(b), Fed. R. Civ. P.

                                                                  **CHARLES A. SHAW**
                                                                  **UNITED STATES DISTRICT JUDGE**

Dated this  6th  day of April, 2006.