UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT A. ROSENER, BARBARA L. ROSENER, ELIZABETH LOOSER, DONALD R. MEYER, THOMAS BRAWLEY, DEBORAH HARRELL, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | No. 4:05-CV-1419 CAS |
| v. | ) ) | |
| DAN BULLOCK, Sheriff of St. Francois County, Missouri, SEAN T. BAKER, ROGER BARTON, JASON D. JONES, A. CRAWFORD, R. TRAUTWEIN, R. MOAK, WENDY WEXLER HORN, Prosecuting Attorney for St. Francois County, NANCY DOLLAR, GERALD DUERINGER, BETTY NAUSLEY, JOSEPH NAUSLEY, TOM PROBST, RON THURMAN, JANICE MILLER, GEORGE HAUGHEY, ROBERT NELSON, GREGORY ROTH, RICHARD NICKOLAUS, WAUNEITA KELLER, G.W. POOLE, ZENO DOUGLAS, RUTH ANN HALL, RICHARD STEVSON, MARY PRATER, TRACY GOEDE, JOHN DOE NO. 1, LAKE TIMBERLINE BOARD OF TRUSTEE, INC., a Missouri corporation, MISSOURI STATE HIGHWAY PATROL, an agency of the State of Missouri, and MISSOURI DEPARTMENT OF REVENUE, an agency of the State of Missouri, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER OF PARTIAL DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiffs' claims against defendant Wendy Wexler Horn are **DISMISSED with prejudice**.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  27th  day of December, 2006.